# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Portola Packaging, Inc.., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>) Case No. 08-12001 (CSS)<br>) Joint Administration Requested<br>)<br>)<br>)<br>) |

## CERTIFICATION OF JANE SULLIVAN WITH RESPECT TO THE TABULATION OF VOTES ON THE PORTOLA PREPACKAGED PLAN

STATE OF NEW YORK )
                           ) ss.:
COUNTY OF NEW YORK )

Jane Sullivan, being duly sworn, deposes and says, under penalty of perjury:

1. I am the Executive Director of Financial Balloting Group LLC ("FBG"), located at 757 Third Avenue, New York, New York 10017, the voting and tabulation agent designated by Portola Packaging, Inc. ("Portola") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), to assist with (i) the service of solicitation packages upon the creditors in Class 2 (the "Second Lien Debt Claims") and Class 3 (the "Senior Note Claims," and, together with the Second Lien Debt Claims and Class 6 equity interests (the "Equity Interests") which were not served by FBG, the "Voting Classes") in connection with the solicitation of votes to accept or reject the Debtors' Prepackaged Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Portola Prepackaged Plan"), attached as Exhibit A to the Disclosure

---

[1] The Debtors in these Chapter 11 Cases are: BuyerLink Networks, Inc.; Great Lakes Sales Associates, LLC; Northern Engineering and Plastics Corporation (Delaware); Northern Engineering and Plastics Corporation (Puerto Rico); Northern Plastics Corporation – Puerto Rico (Pennsylvania); Portola Allied Tool, Inc.; Portola Packaging, Inc.; and Portola Tech International, Inc. The location of the Debtors' corporate headquarters and the service address for all Debtors is: 951 Douglas Road, Batavia, IL 60510.

Statement for the Debtors' Prepackaged Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, dated August 4, 2008 (the "Disclosure Statement"), and (ii) the tabulation of ballots cast with respect to the Portola Prepackaged Plan. I am authorized to submit this certification on behalf of FBG. Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth, and if called as a witness, could and would testify competently thereto.

2. The procedures for the solicitation and tabulation are outlined in the Disclosure Statement as well as the related ballots and master ballots (the "Solicitation Procedures"). FBG was designated by the Debtors to review, determine the validity of, and tabulate ballots submitted to vote for the acceptance or rejection of the Portola Prepackaged Plan by holders of claims and interests in the Voting Classes. I supervise the tabulation procedures being performed by personnel of FBG.

3. FBG's professional staff has considerable experience in tabulating the ballots of creditors and security holders with respect to plans of reorganization.

4. FBG was instructed to tabulate ballots submitted by holders of claims and interests in the Voting Classes in accordance with the Solicitation Procedures.

5. As specified in the Solicitation Procedures, the Record Date for determining the holders of claims and interests in the Voting Classes was July 29, 2008.

6. Ballots returned by mail, hand delivery, or overnight courier were received by personnel of FBG at the offices of FBG in New York City. All ballots received were date- and time-stamped upon receipt and were processed in accordance with the procedures outlined in the Solicitation Procedures.

7. In order for a ballot to be counted as valid, the ballot must have been properly completed and executed by the holder of a claim or interest, or such holder's authorized representative, and must have been received by the deadline of 5:00 p.m. (prevailing Eastern Time) on August 29, 2008 (the "Voting Deadline").

8. Ballots not validly executed in accordance with the Solicitation Procedures and/or not received by the Voting Deadline were not counted. Issues with respect to the validity of ballots were resolved by FBG's supervisory personnel in accordance with the Solicitation Procedures.

9. All validly executed ballots cast by holders of claims in the Voting Classes and received by FBG on or before the Voting Deadline were tabulated as outlined in the Solicitation Procedures.

10. I hereby certify that the results of the voting by holders of claims in the Voting Classes are as set forth in Exhibit "A" hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly completed ballots received by FBG.

11. FBG received several ballots that were not included in the tabulation. Exhibit "B" to this Certification describes the Ballots that FBG was unable to tabulate and the reasons the votes reflected on such Ballots were not included by FBG in its vote tabulation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Jane Sullivan*
Jane Sullivan

SUBSCRIBED AND SWORN TO BEFORE ME
this 2nd day of September, 2008.

*[notary signature]*

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

4

**Exhibit A**

# PORTOLA PREPACKAGED PLAN

# TABULATION OF BALLOTS

| | **Amount Accepting** (% of Amount Voted) | **Amount Rejecting** (% of Amount Voted) | **Number Accepting** (% of Amount Voted) | **Number Rejecting** (% of Amount Voted) |
|---|---|---|---|---|
| **CLASS 2** (SECOND LIEN DEBT CLAIMS) $25,000,000 OUTSTANDING | $25,000,000.00 (100.00%) | $0.00 (0.00%) | 2 (100.00%) | 0 (0.00%) |
| **CLASS 3** (SENIOR NOTE CLAIMS) $180,000,000 OUTSTANDING | $169,222,000 (99.88%) | $200,000 (0.12%) | 22 (84.62%) | 4 (15.38%) |
| **CLASS 6** (EQUITY INTERESTS) 14,323,672 SHARES OUTSTANDING | 1,489,618 (26.55%) | 4,121,914 (73.45%) | N/A | N/A |

**Exhibit B**

**Ballots Not Included in FBG's Tabulation**

| HOLDER'S NAME | CLASS | PRINCIPAL AMOUNT OR SHARES VOTED (IF KNOWN) | VOTE ON PLAN | REASON(S) NOT TABULATED |
|---|---|---|---|---|
| JACK LOY WATTS | 3 | 20,000 | Reject | Not a registered holder; Ballot should have been returned to Nominee for voting on a Master Ballot. |
| JEFFREY & MARTHA JOHNSON | 6 | $2,000 | Accept | Late (received 9/2/08) |
| BERNARD M. SANDERS JR. | 6 | $2,400 | Accept | Late (received 9/2/08) |
| ROY ROBINSON | 6 | $25,000 | Accept | Late (received 9/2/08) |
| LORNA MILLAR | 6 | $125,000 | Reject | Late (received 9/2/08) |